UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| India Lacindia Perry ) | CASE NO. 19-05304-RLM-13 |
| ) | |
| DEBTOR(S). ) | |

## MOTION FOR RELIEF FROM JUDGMENT/ORDER
## PURSUANT TO BANKRUPTCY RULE 9024

Comes now the Debtor, India Lacindia Perry, by counsel, and moves the Court for an order granting her relief from the Order for Lift of Automatic Stay and for Abandonment of Real Estate (Doc. #118), dated December 27, 2021, and in support whereof shows the Court as follows:

1. The Debtor filed a Voluntary Petition for relief pursuant to Chapter 13 of the U.S. Bankruptcy Code on July 19, 2019.

2. On December 13, 2021, Nationstar Mortgage LLC d/b/a Mr. Cooper, filed a Notice of Debtor's Default (Doc. #116) requesting the Court terminate the automatic stay as to Debtor's residential real estate commonly known as 2257 N. Pasadena St, Indianapolis, IN 46219.

3. On December 27, 2021, an Order for Lift of Automatic Stay and for Abandonment of Real Estate (Doc #118) was entered with regards to Creditor, Nationstar Mortgage LLC d/b/a/ Mr. Cooper and the Debtor's residential real estate commonly known as 2257 N. Pasadena Street, Indianapolis, IN 46219.

4. As a result thereof, the Chapter 13 Trustee has not made any subsequent distributions to Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, through Debtor's previously confirmed Chapter 13 Plan, or as amended.

5. Debtor desires that the Chapter 13 Trustee resume distributions to Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, in order to pay the balance owed on the pre-petition arrears owed to said creditor in the amount of $963.13 (Proof of Claim No. 7, filed September 4, 2019).

6. Debtor also desires that the Chapter 13 Trustee resume distributions to Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, in order to pay the balance owed to said creditor in the additional amount of $650.00 pursuant to the Notice of Postpetition Mortgage Fees, Expenses, and Charges field with the Court on January 20, 2020.

7. Attached hereto as Exhibit "1" is a copy of the Mortgage Statement, dated April 12, 2022, provided by servicer, Rushmore Loan Management Services, indicating that the total amount due on the mortgage account, secured by Debtor's residential real estate commonly known as 2257 N. Pasadena Street, Indianapoiis, IN 46219, was $6,249.90.

8. Debtor advises counsel that she recently made a payment in the amount of $6,062.62 to Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper,in care of Rushmore Loan Management Services, which brings Debtor substantially current on the account.

9. Debtor further advises counsel that he will be able to bring the account completely current with Creditor, Nationstar Mortgage LLC, d/b/a Mr.Cooper by the date of any hearing set on the within motion.

WHEREFORE, the Debtor, India Lacindia Perry, by counsel, moves the Court for an order granting her relief from the Order for Lift of Automatic Stay and for Abandonment of Real Estate (Doc. #118), and grating her all other just an appropriate relief.

Respectfully Submitted,

/s/ Jess M. Smith, III
Jess M. Smith, III (#21468.30)
Tom Scott & Associates
Attorneys for Debtor(s)
4036 Madison Ave.
Indianapolis, IN 46227
Phone: (317) 786-6113
Fax: (317) 257-5059
E-mail: bkeast@tomscottlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 6/7/22, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

    Ann M. DeLaney Ch 13 Trustee   ECFdelaney@trustee13.com, ecfdelaney@gmail.com

    David M. Johnson on behalf of Creditor Nationstar Mortgage LLC, d/b/a Mr. Cooper   bankruptcy@doylefoutty.com

    Damaris D Rosich-Schwartz on behalf of the U.S. Trustee damaris.d.rosich-schwartz@usdoj.gov

    U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

I hereby certify that on 6/7/22, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

    Debtor, India Lacindia Perry, 2257 N. Pasadena St., Indianapolis, IN 46219

/s/ Jess M. Smith, III
Jess M. Smith, III (#21468.30)
Tom Scott & Associates
Attorneys for Debtor(s)